EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant United States Attorney
300 Moana Boulevard
Room 6-100, PJKK Federal Building
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorney for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALBERT GUARINO, Individually, and as the Personal Representative of THE ESTATE OF JAN GUARINO, CHARMIAN C. GUARINO, and MARIANA N. GUARINO,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL NO. 08-00193 KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |

STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action as to defendant United States of

the America be dismissed with prejudice, each party to bear its own costs.  There are no remaining claims or parties.  This stipulation may be signed in counterparts.

        DATED:  Honolulu, Hawaii, July 30, 2009.

/s/ Jeff Crabtree
_____
JEFF CRABTREE

Attorney for Plaintiffs


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Harry Yee
_____
HARRY YEE
Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:



_____
Kevin S.C. Chang
United States Magistrate Judge

---

Albert Guarino, et al. v. Unites States; Civil No. 08-00193 KSC; "STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER"